IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2:10-cr-04055-FJG-1 |
| | ) | |
| Kenneth Dewain Parker, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #42 filed on August 2, 2012), to which no objection has been filed, the plea of guilty to Counts 1 and 2 of the Indictment which was filed on November 2, 2010, is now accepted.  Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                   */s/ Fernando J. Gaitan, Jr.*
                                                  Fernando J. Gaitan, Jr.
                                                  Chief United States District Judge

Dated:  August 21, 2012
Kansas City, Missouri